*Pruczinski et al., Respondents, v. Ashby et al., Petitioners,* No. 91466-4. Petition for review of a decision of the Court of Appeals, No. 31977-6-III, February 12, 2015, 185 Wn. App. 876. *Granted* September 4, 2015.

*In re Estate of Barnes,* No. 91488-5. Petition for review of a decision of the Court of Appeals, No. 45069-1-II, February 24, 2015, 186 Wn. App. 1004. *Granted* September 4, 2015.

*State, Respondent, v. Maxwell, Petitioner,* No. 90360-3. Petition for review of a decision of the Court of Appeals, No. 44077-6-II, May 6, 2014, 181 Wn. App. 1002. *Denied* September 4, 2015.

*State, Respondent, v. Walker, Petitioner,* No. 91415-0. Petition for review of a decision of the Court of Appeals, No. 69732-3-I, February 9, 2015, 185 Wn. App. 790. *Denied* September 4, 2015.

*State, Respondent, v. Haff, Petitioner,* No. 91474-5. Petition for review of a decision of the Court of Appeals, No. 70296-3-I, February 23, 2015, 186 Wn. App. 1001. *Denied* September 4, 2015.